UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ELIZABETH VICTORIA GRUBB,<br><br>                Plaintiff,<br><br>   v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>                Defendant. | Case No. C24-2025-MLP<br><br>ORDER TO SHOW CAUSE |

On December 11, 2024, Plaintiff filed the instant action seeking review of the Commissioner's decision denying her disability benefits. (Dkt. # 4.) On February 10, 2025, the Court issued a scheduling order that set word count limits. (Dkt. # 8.) Plaintiff submitted her opening brief on March 12, 2025 (dkt. # 9), but the brief failed to include a certification of word count as required by Local Civil Rule ("LCR") 7(e)(6). The Court notes that this is counsel's fourth warning and that counsel has been warned multiple times that future noncompliant briefs may be stricken. *See, e.g.*, *Bishop v. Comm'r of Soc. Sec. Admin.*, Case No. 24-cv-854 (W.D. Wash.), dkt. ## 10, 14.

//

//

ORDER TO SHOW CAUSE - 1

Accordingly, by **March 18, 2025**, Plaintiff is ORDERED to: (1) show cause for the noncompliance with the scheduling order; and (2) correct the deficiencies in her opening brief. Failure to comply may result in the Court striking the opening brief.

Dated this <u>14th</u> day of March, 2025.

MICHELLE L. PETERSON
United States Magistrate Judge

ORDER TO SHOW CAUSE - 2